**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TOYA EDWARDS AND JAMAL ERAKAT, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　PLAINTIFFS,<br><br>v.<br><br>WALMART, INC.,<br><br>　　　　　　　　DEFENDANT. | CASE NO.: CV 18-9655-GW-FFMx<br><br>**ORDER RE: PLAINTIFFS' APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. George H. Wu |

Before the Court is an Application for an Order to File Documents Under Seal ("Application"). The Court finds that good cause exists for sealing the requested information. Therefore, the Court GRANTS the Application, and ORDERS that:

| Document Requested to be Filed Under Seal | Request GRANTED or DENIED |
|---|---|
| CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE | GRANTED |

Plaintiffs shall file the documents under seal pursuant to L. R. 79-5.2.2 (c).

**SO ORDERED**

Dated: August 3, 2022

_____
Hon. George H. Wu
United States District Judge