Mitchell M. Breit (Admitted pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
405 East 50th Street
New York, NY 10022
Telephone: 347-668-8445
mbreit@milberg.com

*Attorney for Plaintiffs Toya Edwards
and Jamal Erakat*

Jaikaran Singh, CA Bar No. 201355
jsingh@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 858.847.6700
Facsimile: 858.792.6773

Jay N. Varon, Esq. (Admitted pro hac vice)
jvaron@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: 202.672.5380
Facsimile: 202.672.5399

*Attorneys for Walmart, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TOYA EDWARDS and JAMAL ERAKAT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. **2:18-cv-09655-GW-FFM**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:     Hon. George H. Wu<br>Ctrm:      9D<br><br>Complaint Filed:   November 15, 2018<br>SAC Filed:          August 23, 2021<br>Trial Date:         Not Set |

Case No. 2:18-cv-9655-GW-FFM

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Toya Edwards and Jamal Erakat ("Plaintiffs") and Defendant Walmart, Inc. hereby stipulate to the dismissal of Plaintiffs' individual claims, in their entirety, with prejudice, and dismissal of the claims of the putative class without prejudice, with each party to bear its own costs, expenses, and fees.

Respectfully submitted,

DATED:  August 10, 2022

**MILBERG COLEMNA BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Mitchell Breit*
Mitchel M. Breit (*pro hac vice*)
Gregory F. Coleman (*pro hac vice*)
Mark E. Silvery (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Attorneys for Plaintiffs
Email: mbreit@milberg.com

DATED:  August 10, 2022

**SIMMONS HANLY CONROY**

/s/ Eric S. Johnson
Thien An V. Truong (*pro hac vice*)
Eric S. Johnson (*pro hac vice*)
Jason O. Barnes (*pro hac vice*)
Attorneys for Plaintiffs
Email: atruong@simmonsfirm.com

DATED:  August 10, 2022

**FOLEY & LARDNER LLP**

/s/ Jaikaran Singh
Jay N. Varon
Jaikaran Singh
Attorneys for Defendant Walmart Inc.
jsingh@foley.com

Case No. 2:18-cv-9655-GW-FFM

Pursuant to L.R. 5-4.3.4, I attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing content and has authorized the filing.

*/s/ Mitchell Breit*

Mitchell Breit