JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYA EDWARDS, et al., | Case No.  CV 18-9655-GW-FFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| WALMART, INC., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed as to Plaintiffs' individual claims, in their entirety, with prejudice, and the dismissal of claims of the putative class are without prejudice, with each party to bear its own costs, expenses, and fees.

IT IS SO ORDERED.

Dated: August 10, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE